# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: **8:2-CR-145**  TAPE NUMBER: SA02-177  DATE: June 10, 2002

PRESENT: THE HONORABLE **MARC L. GOLDMAN**, U.S. MAGISTRATE JUDGE

COURT CLERK: TERRI STEELE  ASSISTANT U.S. ATTORNEY: RICHARD LEE

COURT CLERK: ____  ASSISTANT U.S. ATTORNEY: ____

INTERPRETER / LANGUAGE: n/a

| UNITED STATES OF AMERICA v. | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| 1. MARK GOLDSTEIN  [X] PRESENT [ ] CUSTODY [ ] BOND [X] SUMMONS | 1. FRED FRIEDMAN, Spec Appearing  [X] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

[ ] Court orders counsel appointed.  [ ] Possible contribution ordered.  [ ] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] ____
[ ] Defendant is arraigned as: ____

[X] Defendant is given a copy of the [ ] ____
[X] Indictment [ ] Information, acknowledges receipt of a copy and waives reading thereof.

[ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge ____ for plea and all further proceedings.

[ ] Court orders this case assigned to the calendar of ____ U.S. District Judge, for plea
[ ] of guilty [ ] trial setting; and all further proceedings [ ] ____

[X] Defendant pleads not guilty to all counts of the [ ] ____
[X] Indictment [ ] Information as charged. [ ] Court orders this case assigned to the calendar of GARY L. TAYLOR, U.S. District Judge, and further orders jury trial set for AUGUST 6, 2002 at 8:30 a.m. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[X] Defendant's first appearance; Defendant posts a [X] $ 5,000.00 unsecured Appearance Bond;
[ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[X] Other: Bond conditions include - PSA supervision; travel restricted to CDC, unless prior approval is received from PSA.

ENTER ON ICMS
JUN 11 2002

[X] Trial estimate 1-2 days
[X] Status Conference [ ] Pre-Trial Conference [ ] Motion hearing date is set for JULY 22, 2002 @ 2:00pm

Initials of Deputy Clerk ____

cc: ___CJA Supv. Attorney ✓ PSA ___Statistics Clerk ___USM ED ___USM LA ✓USM SA

CR-85 (05/02)  CRIMINAL MINUTES - ARRAIGNMENT