# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. __SACR 02-145-GLT__                         Date   December 18, 2002

Hon. __GARY L. TAYLOR__, Judge

| __Lisa Bredahl__ | __Debbie Gale__ | __Robb Adkins__ |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |
| __MARK STEVEN GOLDSTEIN__ | __John Vandevelde__ | |
| Defendant | RTND Counsel | Interpreter |

**PROCEEDINGS: SENTENCING AND JUDGMENT**

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.

**X** See below for sentence.

☐ Imprisonment for _____ months on each of counts __1 of the Indictment__
Count(s) _____ concurrent/consecutive to count(s) _____

☐ Fine of $_____ is imposed on each of count(s) _____ Concurrent/Consecutive
☐ Execution / Imposition of sentence as to imprisonment only suspended on count(s) _____

☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

**X** __3__ years Probation imposed on count 1 of the Indictment _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   ☐ Perform _____ hours of community service.
   ☐ Serve _____ in a CCC/CTC.
   **X** Pay $ __20,000__ fine plus interest within 60 days following sentencing
   **X** Make $ __136,000__ restitution in amounts & times determined by P/O to be paid in full no later than 60 days following sentencing.
   **X** Participate in a program for treatment of narcotic/alcohol addiction—suspended; low risk.
   **X** Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
   ☐ Comply with rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   **X** OTHER CONDITIONS: __Comply GO 318 and 01-05. Participate 6 months home detention including electronic monitoring; pay costs. Not be employed in any position that requires licensing and/or certification without prior written approval of PO.__

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court FINDS the defendant does not have the ability to pay.

**X** Pay $ __100__, per count, special assessment to the United States for a total of $ __100__

☐ Imprisonment for _____ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _____ days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.     ☐ Processed statement of reasons.
☐ Bond exonerated     ☐ upon surrender     ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal.
☐ Filed and distributed judgment. Issd JS-3. ENTERED. DEC 2 3 2002

ENTER ON ICMS   USPO   PSA/SA
USM/SA   Fiscal

Deputy Clerk Initials _____

CR 90 (6/00)        CRIMINAL MINUTES - SENTENCING AND JUDGMENT